United States Bankruptcy Court
Northern District of Florida

Chancellor, Trustee,
    Plaintiff

Dorand,
    Defendant

Adv. Proc. No. 21-03013-JCO

# CERTIFICATE OF NOTICE

District/off: 1129-3      User: cromine      Page 1 of 1
Date Rcvd: Nov 02, 2021      Form ID: summons      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Sherry F. Chancellor, Trustee, Law Office of Sherry F. Chancellor, 619 West Chase Street, Pensacola, FL 32502-4711 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nicholas Heath Wooten | on behalf of Plaintiff Sherry F. Chancellor  Trustee nick@nickwooten.com, linnea@nickwooten.com |

TOTAL: 1

Form Summons

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Rodney Dixon Dorand          Bankruptcy Case No.: 21−30205−KKS

Sherry F. Chancellor, Trustee       Adversary Case No.: 21−03013−JCO
Plaintiff(s)

vs

James R. Salter
Mallory D. Salter
Rodney Dixon Dorand
SunTrust Bank now Truist Bank
Defendant(s)

*SUMMONS IN AN ADVERSARY PROCEEDING*

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the Clerk:

U.S. Bankruptcy Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or plaintiff if not represented.

Name and Address of Plaintiff Attorney:

Nicholas Heath Wooten
Nick Wooten, LLC
5125 Burnt Pine Drive
Conway, AR 72034

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Traci E. Abrams
Clerk of the Bankruptcy Court

Date: November 2, 2021

/s/ Carolyn Romine
Deputy Clerk

Electronic issuance of this summons is authorized under F.R.B.P. 7004(a)(2). Authenticity may be verified by accessing the online case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's Office.

### *CERTIFICATE OF SERVICE*

I, _____ (name), certify that service of this summons and a copy of the complaint was made on _____ by:

__ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

__ Personal service: By leaving the process with the defendant or with an officer or agent of the defendant at:

__ Residence service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer or defendant:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

_____    _____
Date                Signature

Print Name

_____
Business Address

_____
City, State Zip

_____