United States Bankruptcy Court
Northern District of Florida

Chancellor, Trustee,
    Plaintiff

Dorand,
    Defendant

Adv. Proc. No. 21-03013-JCO

## CERTIFICATE OF NOTICE

District/off: 1129-3     User: lisom     Page 1 of 2
Date Rcvd: Nov 03, 2021     Form ID: pdf002     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Mary Ida Townson, United States Trustee, Region 21, 110 E. Park Ave., Suite 120, Tallahassee, FL 32301-7729 |
| dft | + | Rodney Dixon Dorand, 58 Dunetop Terrace, Santa Rosa Beach, FL 32459-5144 |
| pla | + | Sherry F. Chancellor, Trustee, Law Office of Sherry F. Chancellor, 619 West Chase Street, Pensacola, FL 32502-4711 |
| dft | + | SunTrust Bank now Truist Bank, Attn: Support Services, PO Box 85092, 306-40-06-10, Richmond, Va 23285-5092 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Nov 03 2021 23:23:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | UST MeetingCalendarMaintenance |
| dft | | James R. Salter |
| dft | | Mallory D. Salter |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:

District/off: 1129-3      User: lisom      Page 2 of 2
Date Rcvd: Nov 03, 2021      Form ID: pdf002      Total Noticed: 5

**Name**      **Email Address**

Nicholas Heath Wooten

on behalf of Plaintiff Sherry F. Chancellor  Trustee nick@nickwooten.com, linnea@nickwooten.com

TOTAL: 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

RODNEY DIXON DORAND,

Debtor.
_____/

SHERRY F. CHANCELLOR, Trustee,

Plaintiff,

vs.

RODNEY DIXON DORAND and
SUNTRUST BANK now TRUIST
BANK,

Defendants.

Case No.: 21-03025-KKS
Chapter 7

Adv Proc. No. 21-03013-JCO

## ORDER

The Court having considered this matter *sua sponte*, it is hereby

**ORDERED** that the above-styled adversary proceeding is transferred to Judge Karen K. Specie's docket.

Dated: November 3, 2021

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

Service by the Court to all interested parties